FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8741

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jesus Exdrel BELTRAN-Caraveo Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 16, 2008, within the Southern District of California, defendant Jesus Exdrel BELTRAN-Caraveo did knowingly and intentionally import approximately 46.58 kilograms (102.69 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jerry A. Conrad
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH, DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Jerry A. Conrad, declare under penalty of perjury, the following is true and correct:

On 08/16/2008, Jesus Exdrel BELTRAN-Caraveo entered the United States through the Calexico, California West Port of Entry. BELTRAN was the driver and registered owner of a black 2007 Honda Ridgeline, bearing Baja California, Mexico license plate AM22031. US Customs and Border Protection Officers discovered 43 packages, concealed in a compartment underneath the rear seat and leading into the bed of the vehicle.

One of the packages was probed and white powdery substance was extracted, which subsequently field tested positive for cocaine. The 43 packages had a combined weight of 46.58 kilograms (102.69 pounds).

BELTRAN was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. BELTRAN acknowledged and waived his Miranda Rights. BELTRAN was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on August 16, 2008 (date) at 2052 (time)

[signature]
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on August 16, 2008 in violation of Title 21, United States Code, Section(s) 952 and 960.

[signature]
United States Magistrate Judge
Barbara L. Major

8/16/08 at 9:16PM
Date/Time