FILED

08 AUG 27 PM 3:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS EXDREL BELTRAN-CARAVEO,<br>Defendant. | Criminal Case No. '08 CR 2875 BEN<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about August 16, 2008, within the Southern District of California, defendant JESUS EXDREL BELTRAN-CARAVEO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 46.58 kilograms (102.69 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

JPME:LAST:fer:Imperial
8/26/08

Count 2

On or about August 16, 2008, within the Southern District of California, defendant JESUS EXDREL BELTRAN-CARAVEO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 46.58 kilograms (102.69 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: for JAMES P. MELENDRES
Assistant U.S. Attorney