GUADALUPE VALENCIA
California State Bar No. 197831
105 West F Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 232-2588
Facsimile: (619) 232-2158
gvalencialaw@yahoo.com

Attorney for Defendant
Mr. Beltran-Caraveo

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

**( HONORABLE PETER C. LEWIS )**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS E. BELTRAN-CARAVEO, Defendant. | Criminal Case No. 08MJ8741<br>SUBSTITUTION OF ATTORNEY |

Defendant JESUS EXDREL BELTRAN-CARAVEO hereby substitutes Guadalupe Valencia, Esq., 105 West F Street, Third Floor, San Diego, California, telephone (619) 232-2588, as attorney of record in place and stead of Federal Defenders.

Dated: August 28, 2008

Jesus Exdrel Beltran-Caraveo
Defendant

Dated: August 28, 2008

Federal Defenders
Attorney of Record

Substitution of Attorney
*United States v. Jesus Exdrel Beltran-Caraveo*, Case No. 08MJ8741

Above substitution accepted.

Dated: August 28, 2008

GUADALUPE VALENCIA
Substituted Attorney in place of Mr. Beltran-Caraveo