FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS E. BELTRAN-CARAVEO<br>Defendant. | Case No. 08MJ8741<br>**ORDER** FOR<br>**SUBSTITUTION OF ATTORNEY** |

IT IS HEREBY ORDERED, that Guadalupe Valencia be substituted in as attorney of record for defendant JESUS EXDREL BELTRAN-CARAVEO, in the above- entitled cause in place and stead of Federal Defenders.

SO ORDERED.

Dated: September 2, 2008

[signature]
HONORABLE PETER C. LEWIS
UNITED STATES DISTRICT JUDGE